# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE:  JOHN R. BAILEY, CHESTER
COUNTY, MAGISTERIAL DISTRICT 15-4-
03

PETITION OF:  THOMAS A. RILEY, JR.

:  No. 144 EM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:

# ORDER

**PER CURIAM**

**AND NOW,** this 15th day of September, 2016, the Petition by Thomas A. Riley, Jr. for Allowance of Subpoena Pursuant to Pa.R.J.A. 1701 is **DENIED**.  Rule 1701(b) requires special allowance by this Court for the issuance of a subpoena directed to a judicial officer to testify as a character witness.  Pursuant to paragraphs 6-8 of the Petition, Petitioner does not seek to elicit character testimony from Magisterial Judge John R. Bailey.  As Petitioner has not requested special allowance from this Court to permit character testimony from a judicial officer, Rule 1701(b) has no application in this circumstance.